IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ILLINOIS TOOL WORKS, INC.,

                                                       ORDER

        Plaintiff,

                                                       08-cv-756-bbc

    v.

BENJAMIN MOORE & CO., and
SHERWIN-WILLIAMS COMPANY.

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Having reviewed the parties' submissions on claims construction, I am persuaded that construction of the following terms is necessary to resolve a disputed issue concerning infringement or invalidity: "compatible"; "the system of claim 1, comprising 10-60% $TiO_2$ particles"; "a substantially 100% solids coating"; and "a high solids coating." (The parties do not dispute the meaning of the remaining term, "substantially uniform." Dkt. #36 at 1.) Moreover, I am persuaded that a hearing would assist the court in resolving the parties' disputes. Therefore, I will grant the parties' motions requesting claims construction. Dkts. ##33 and 35. A hearing on claims construction will be held at 9:00 am on Friday, July 24, 2009. Each side will have 90 minutes to present its argument or offer testimony in support

1

of its proposed constructions.

One additional matter requires attention. Plaintiff and defendant Benjamin Moore & Co. have filed a stipulation of dismissal with respect to plaintiff's claims against Benjamin Moore & Co. and Benjamin Moore & Co.'s counterclaims against defendant. Although these parties have stipulated to dismissal of their respective claims and counterclaims, Fed R. Civ. P. 21 "requires a court order to add or drop parties." Ed Miniat, Inc. v. Globe Life Insurance Group, Inc., 805 F.2d 732, 736 (7th Cir. 1986). I will grant the parties' implicit request to drop defendant Benjamin Moore & Co. from this case.

ORDER

IT IS ORDERED that:

1. The motions requesting claims construction filed by plaintiff Illinois Tool Works, Inc. and defendant Sherwin-Williams Company, dkts. ##33 and 35, are GRANTED. A hearing on claims construction will be held at 9:00 am on Friday, July 24, 2009. Each side will have 90 minutes to present its argument or offer testimony in support of its proposed constructions.

2. The request to drop defendant Benjamin Moore & Co. from the case pursuant to the parties' stipulation of dismissal, dkt. #32, is GRANTED. The claims and counterclaims between plaintiff and defendant Benjamin Moore & Co. are DISMISSED with prejudice and

without costs to either party.

      Entered this 8th day of July, 2009.

                            BY THE COURT:

                            /s/

                            _____
                            BARBARA B. CRABB
                            District Judge