UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WISCONSIN

ILLINOIS TOOL WORKS INC.,

    Plaintiff,

v.                                                                                  Civil Action No. 08-C-756

BENJAMIN MOORE & CO., and SHERWIN-
WILLIAMS COMPANY,

    Defendants.

## ORDER FOR DISMISSAL

BASED UPON THE STIPULATION OF COUNSEL,

IT IS HEREBY ORDERED that the claims and counterclaims between Illinois Tool Works Inc. and Benjamin Moore & Co. shall be dismissed with prejudice and without costs to either party.

IT IS FURTHER ORDERED that the claims and counterclaims between Illinois Tool Works Inc. and The Sherwin-Williams Company remain outstanding and are not affected by this Stipulation or Order.

Dated this 2d day of July, 2009.

BY THE COURT:

*Barbara B Crabb*
Honorable Barbara B. Crabb
Unite States District Court Judge