UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WISCONSIN

ILLINOIS TOOL WORKS INC.,

    Plaintiff,

v.

BENJAMIN MOORE & CO., and SHERWIN-WILLIAMS COMPANY,

    Defendants.

Civil Action No. 08-C-756

**ORDER FOR DISMISSAL**

BASED UPON THE STIPULATION OF COUNSEL,

IT IS HEREBY ORDERED that this action is dismissed without prejudice. The Court shall retain jurisdiction over the parties and the subject matter of this action until such time the parties file a stipulation for a dismissal with prejudice.

Dated this _21st_ day of _August_, 2009.

BY THE COURT:

_Barbara B Crabb_
Honorable Barbara B. Crabb
United States District Judge

WHD/6638933.1